IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE and JANE DOE, as Parents and Natural Guardians of JANE ROE, a Minor,<br><br>               Plaintiffs,<br>v.<br><br>RED LION AREA SCHOOL DISTRICT and MICHAEL LANGAN,<br><br>               Defendants. | Case No. <u>1:24-cv-00186</u> |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, John Doe and Jane Doe, as Parents and Natural Guardians of Jane Roe, a Minor, hereby submit and file the foregoing Stipulation of Dismissal.  It is hereby stipulated that the foregoing matter is dismissed with prejudice and without costs.

The Stipulation is signed on behalf of all parties who have appeared.


Respectfully submitted,

BY:                                                                           MARSHALL DENNEHEY, PC

<u>/s/ Justin Robinette, Esquire</u>                                BY:  <u>/s/ Christopher J. Conrad, Esquire</u>
Justin Robinette, Esquire                                          Christopher J. Conrad, Esquire
PA Supreme Court I.D. No. 319829                        PA I.D. No. 202348
One Liberty Place,                                                    200 Corporate Center Dr., Suite 300
1650 Market Street, Suite 3600                                Camp Hill, PA 17011

PMB #2494  
Philadelphia, PA 19103  
Tel: (267) 595-6254  
Fax: (267) 592-3067  
Justin@JRobinetteLaw.com  

*Attorney for Plaintiffs*

Dated: June 23, 2025

Ph: (717) 651-3531  
Fax: (717) 651-3707  
Email: cjconrad@mdwcg.com  

*Attorneys for Defendants,*  
*Red Lion Area School District and*  
*Michael Langan*

Dated: June 20, 2025